IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWARD RENARDO BROWN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-447-SLP |
| ) | |
| CAPTAIN HOBBS, et al., ( | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered July 5, 2018 [Doc. No. 10]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.[1] Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED, the pending Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] is DENIED AS MOOT and this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of August, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] The Court's Docket reflects that the Report and Recommendation was returned "undeliverable" on July 13, 2018. Plaintiff is responsible for providing notice of any change of address to the Court. *See* LCvR 5.4(a) (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the Court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).